**Electronically Filed
Supreme Court
SCPW-20-0000628
02-DEC-2020
12:06 PM
Dkt. 24 ODMR**

SCPW-20-0000628

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

THOMAS FRANK SCHMIDT and LORINNA JHINCIL SCHMIDT, Petitioners,

vs.

THE HONORABLE HENRY T. NAKAMOTO, Judge of the Circuit Court of the Third Circuit, State of Hawai'i, Respondent Judge,

and

HSC, INC., a Hawai'i Corporation; RICHARD HENDERSON, SR.; and ELEANOR R.J. HENDERSON, Respondents.

---

ORIGINAL PROCEEDING
(CIVIL NO. 3CC061000228)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Nakayama, Acting C.J., McKenna and Wilson, JJ.,
Circuit Judge Cataldo, assigned in place of Recktenwald, C.J.,
recused, and Circuit Judge Remigio, assigned by reason of vacancy)

Upon consideration of petitioner Thomas Frank Schmidt and Lorinna Jhincil Schmidt's motion for reconsideration, filed on November 23, 2020, the documents submitted in support thereof, and the record,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawai'i, December 2, 2020.

/s/ Paula A. Nakayama
/s/ Sabrina S. McKenna
/s/ Michael D. Wilson
/s/ Catherine H. Remigio
/s/ Lisa W. Cataldo

